UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL SHUTTACK,

    **Plaintiff,**

v.                                     Case No. 3:17-cv-1151-J-20JRK

ADT, LLC,

    **Defendant.**

_____/

## ORDER

This cause is before this Court on the parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 14).

Accordingly, it is so **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties' "Joint Stipulation of Dismissal with Prejudice" (Dkt. 14) is **GRANTED** and this action is **dismissed with prejudice**, with each party to bear their own attorney's fees, costs and expenses; and

2. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of January, 2018.

                                            HARVEY E. SCHLESINGER
                                            UNITED STATES DISTRICT JUDGE

Copies to:
Frank K. Kerney, III, Esq.
C. Sanders McNew, Esq.